```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 23869
   WALTER C BIERMANN
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-3068


------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 12/19/07 and confirmed on 03/06/08.

    2.  The case was dismissed after confirmation, 12/12/2008.

    3.  The Debtor paid a total of $   8145.00 .

    4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------
JEFFERSON CAPITAL SYSTEM   UNSECURED        3128.51          .00           255.94
ECAST SETTLEMENT CORPORA   UNSECURED        7895.27          .00           645.90
ECAST SETTLEMENT CORPORA   UNSECURED        4664.24          .00           381.57
CAPITAL ONE BANK           UNSECURED        9307.94          .00           761.47
CAPITAL ONE BANK           UNSECURED        2927.59          .00           239.50
ROUNDUP FUNDING LLC        UNSECURED        8962.16          .00           733.18
CHASE MANHATTAN BANK USA   UNSECURED      NOT FILED          .00              .00
CHASE MANHATTAN BANK USA   UNSECURED      NOT FILED          .00              .00
DISCOVER BANK              UNSECURED       10868.57          .00           889.14
FIRST NATIONAL CREDIT CA   UNSECURED       12978.44          .00          1061.75
ECAST SETTLEMENT CORPORA   UNSECURED         557.56          .00            45.61
ECAST SETTLEMENT CORPORA   UNSECURED        2554.11          .00           208.95
ECAST SETTLEMENT CORPORA   UNSECURED         121.39          .00             9.93
ECAST SETTLEMENT CORP      UNSECURED         634.48          .00            51.91
NATIONAL CITY BANK         UNSECURED        3571.62          .00           292.19
PORTFOLIO RECOVERY ASSOC   UNSECURED       17005.36          .00          1391.19
PORTFOLIO RECOVERY ASSOC   UNSECURED        7249.66          .00           593.08
RESURGENT CAPITAL SERVIC   UNSECURED        1360.65          .00           111.31
         Summary of disbursements:

                      SECURED     PRIORITY    UNSECURED       OTHER           TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED        .00         .00      93787.55         .00        93787.55
PRINCIPAL PAID            .00         .00       7672.62         .00         7672.62
INTEREST PAID             .00         .00           .00         .00             .00
TOTAL PAID                .00         .00       7672.62         .00         7672.62
The Debtor's attorney, LEGAL HELPERS PC              , was allowed $    3000.00
and was paid $   3000.00  direct and $       .00  through the plan.

The Trustee received $      472.38 .
```

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/12/09                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE



                              PAGE   2
        CASE NO. 07 B 23869 WALTER C BIERMANN